UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE: BEXTRA AND CELEBREX<br>MARKETING SALES PRACTICES AND<br>PRODUCT LIABILITY LITIGATION | **CASE NO.: 08-0706 CRB**<br><br>Removed FromU.S. District Court for<br>Maryland (Balto)<br>Case No.: **1:07-cv-03133-RDB** |
| Theodore Carter,<br><br>                              Plaintiffs,<br><br>              vs.<br><br>Pfizer, Inc., et al.<br>                              Defendants. | **MDL NO. 1699**<br>**District Judge:  Charles R. Breyer**<br><br><br>**STIPULATION AND ORDER OF**<br>**DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, Theodore Carter, and Defendants, by and through the
undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and
hereby stipulate to the dismissal of this action with prejudice with each side bearing its
own attorneys' fees and costs.

DATED: April 19, 2009

By:
    Paul A. Weykamp
    Attorneys for Plaintiff, Theodore Carter

DATED: Nov. 2 , 2009       DLA PIPER LLC

By:
    Michelle Sadowsky
    Attorneys for Defendant, Pfizer, Inc.

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES'
STIPULATION, IT IS SO ORDERED.**

Dated: **NOV 1 3 2009**

Hon. Charles R. Breyer
United States District Court